# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPHRAIM JENKINS,<br><br>          Plaintiff,<br><br>   v.<br><br>J. MCKAY, et al.,<br><br>          Defendants. | Case No.: 1:20-cv-00118-SKO (PC)<br><br>**ORDER TO SHOW CAUSE WHY MOTION TO PROCEED *IN FORMA PAUPERIS* SHOULD NOT BE DENIED**<br><br>(Doc. 2)<br><br>21-DAY DEADLINE |

      Plaintiff Ephraim Jenkins moves the Court to proceed *in forma pauperis* (IFP). (Doc. 2.) According to the certified account statement attached to his motion, Plaintiff has received, on average, monthly deposits of $166.93 to his inmate trust account over the past six months, totaling approximately $1,000. (*Id.*) As this is more than enough to pay the $400 filing fee in this action, Plaintiff must show why he is entitled to IFP status.

      Proceeding "in forma pauperis is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965). While a party need not be completely destitute to proceed IFP, *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948), "'the same even-handed care must be employed to assure that federal funds are not squandered to underwrite, at public expense, either frivolous claims or the remonstrances of a suitor who is financially able, in whole or in material part, to pull his own oar.'" *Doe v. Educ. Enrichment Sys.*, No. 15-cv-2628-MMA-MDD, 2015 U.S. Dist. LEXIS 173063, *2 (S.D. Cal. 2015) (quoting *Temple v. Ellerthorpe*, 586 F. Supp. 848,

850 (D.R.I. 1984)). Hence, "the court shall dismiss the case at any time if the court determines that the [plaintiff's] allegation of poverty is untrue." 28 U.S.C. § 1915(e)(2)(A).

Plaintiff may have adequate funds to be required to pay the filing fee in full to proceed in this action. Accordingly, **within 21 days** of the date of service of this order, Plaintiff shall show cause why his motion to proceed IFP should not be denied, and why this action should not be dismissed without prejudice to refiling with prepayment of the filing fee. **Failure to respond to this order will result in dismissal for failure to obey a court order.**

IT IS SO ORDERED.

Dated: **January 27, 2020**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE