UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPHRAIM JENKINS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>J. MCKAY, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:20-cv-00118-SKO (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*, DISCHARGING ORDER TO SHOW CAUSE, AND DIRECTING PAYMENT OF FILING FEE BY CALIFORNIA DEPARTMENT OF CORRECTIONS<br><br>(Docs. 2, 5) |

Plaintiff Ephraim Jenkins, a state prisoner proceeding *pro se*, moves the Court to proceed *in forma pauperis* (IFP) in this action. (Doc. 2.) On January 27, 2020, the Court issued an order to show cause why Plaintiff's motion should not be denied. (Doc. 5.) Plaintiff filed a response on February 10, 2020. (Doc. 6.) Based on the response, the Court DISCHARGES the order to show cause (Doc. 5) and GRANTS Plaintiff's motion to proceed IFP (Doc. 2). Notwithstanding the granting of his IFP motion, Plaintiff is obligated to pay the statutory filing fee for this action. 28 U.S.C. § 1915(b)(1).

Accordingly, the Court ORDERS:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is GRANTED.
2. The director of the California Department of Corrections and Rehabilitation (CDCR) or his designee shall collect payments from Plaintiff's inmate trust account in an amount equal to twenty percent of the preceding month's income

| | |
|---|---|
| 1 | credited to the account, and shall forward those payments to the Clerk of the Court |
| 2 | each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. |
| 3 | § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the |
| 4 | Clerk of the Court. The payments shall be clearly identified by the name and case |
| 5 | number assigned to this action. |

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the director of CDCR, via the court's electronic case filing system (CM/ECF).

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated: **February 14, 2020**           /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE